■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUANAPARKER HOWARD, Appellant. [999 NYS2d 783]—Appeal from an order of the Erie County Court (Kenneth F. Case, J.), entered September 19, 2013. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at County Court. Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.